Sidney Rogers *v.* P. and M. Pfieffer.

**Street Improvement—Grading and Paving.**

To authorize the power of assessing the property holders for street paving, grading, etc., the ordinance, and proceedings must be strictly legal.

APPEAL FROM JEFFERSON CIRCUIT COURT.

September 30, 1869.

OPINION OF THE COURT BY JUDGE WILLIAMS:

The ordinance authorized the *grading* and *paving* alone. The contract went beyond the ordinance in providing also for doing the *curbing* and the apportionment warrant apportioned as against Rogers a *pro rata* part "for grading, *curbing* and paving," as has frequently been decided by this court to authorize the extraordinary power of assessing the citizen, and giving a lien upon his property by which his property may be sold and he deprived of it without his consent the proceedings must be strictly legal and as the contract and assessment warrant are both illegal no lien attached by reason thereof, and such was decided specifically by this court in *Milcher vs. Obst and Rupert, Mans. Opinion,* September 27, 1867.

Wherefore the judgment is reversed with directions for further proceedings consistent herewith.

*Barr & Goodloe, for appellant.*

*W. R. Thompson, for appellee.*